# The Frutkin Law Firm, PLC

Two Renaissance Square
40 N. Central Ave. Suite 1400
Phoenix, AZ 85004
Telephone: 602-606-9300
Fax: 602-606-9357

April 10, 2010

Ted Weis                                                                                           Invoice No. 1166
27905 N. 114th Way
Scottsdale, AZ 85262-0000

Client Number:   812  Ted Weis
Matter Number:   787  Weis, Ted and Cherie CH 13
**For Services Rendered Through 3/31/2010.**

**Fees**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/06/2010 | JBF | Email correspondence with T. Weis regarding homestead exemption in Arizona and ability to sell house while in Chapter 13 bankruptcy | 0.20 |
| 03/12/2010 | JBF | Review email regarding purported loan modiciation; draft letter in response to warn of potential for Relief from Automatic Stay | 0.50 |
| 03/12/2010 | JBF | Telephone with T. Weis regarding letter regarding loan modification | 0.20 |
| 03/12/2010 | SEH | Review response from Ted concerning J. Frutkin, Esq. regarding chapter 13 payments and mortgage issues | 0.20 |
| 03/12/2010 | SEH | Review letter from J. Frutkin, Esq. to Ted and Cherie Weis addressing their questions concerning Chapter 13 Payments and mortgage issues | 0.20 |

**Billable Hours:**     1.30

## Timekeeper Summary

Timekeeper JBF worked 0.90 hours at $295.00 per hour, totaling $265.50.
Timekeeper SEH worked 0.40 hours at $170.00 per hour, totaling $68.00.

**Continued On Next Page**

**Client Number:** 812  
**Matter Number:** 787

04/10/2010  
Page: 2

|  |  |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $333.50 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$333.50** |

Thank you for letting us be of service to you.  
DO NOT PAY THIS INVOICE.  
This invoice will be paid by the Chapter 13 Trustee.  
If you have any questions regarding this invoice,  
Please call Lorrie Werden at (602) 606-9318

# The Frutkin Law Firm, PLC

101 N. First Avenue
Suite 2410
Phoenix, AZ  85003
Telephone: 602-606-9300
Fax: 602-606-9360

2/13/2012
Invoice No. 6277

Ted Weis
27905 N. 114th Way
Scottsdale, AZ  85262-0000

Client Number:   812  Ted Weis
Matter Number:   787  Weis, Ted and Cherie CH 13
**For Services Rendered Through 1/31/2012.**

**Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 1/9/2012 | HV | Emailed J. Frutkin, Esq. regarding Trustee's Motion to Dismiss just entered. | 0.20 |
| 1/11/2012 | HV | Called clients left voice message requesting call back to discuss Trustee's Motion to Dismiss case. | 0.20 |
| 1/12/2012 | HV | Telephone with Mr. Weis regarding Trustee's Motion to Dismiss.  Client will send out cashier's check today in the full amount that is owed. | 0.20 |
| 1/13/2012 | HV | Called client left voice message confirming delinquent amount of Chapter 13 Plan. | 0.20 |
| 1/13/2012 | HV | Draft Objection to Case Dismissal. | 0.30 |
| 1/13/2012 | HV | Telephone with Mr. Weis confirming amount and date cashier's check was mailed to the Trustee. | 0.20 |
| 1/13/2012 | JBF | Conference with H. Vicente; draft objection to dismissal | 0.40 |
| 1/13/2012 | HV | Filed Objection to Proposed Case Dismissal with Bankruptcy Court. | 0.20 |

**Billable Hours:**        **1.90**

Continued On Next Page

**Client Number:** 812
**Matter Number:** 787

## Timekeeper Summary

Timekeeper HV worked 1.50 hours at $135.00 per hour, totaling $202.50.

Timekeeper JBF worked 0.40 hours at $325.00 per hour, totaling $130.00.

|  |  |
|---|---|
| **Prior Balance:** | $333.50 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $332.50 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$666.00** |

Thank you for letting us be of service to you. - DO NOT PAY!
This invoice will be paid by the Chapter 13 Trustee.
If you have any questions regarding this invoice,
please call Holly Einspahr at 602-606-9300.

**The Frutkin Law Firm, PLC**

101 N. First Avenue
Suite 2410
Phoenix, AZ  85003
Telephone: 602-606-9300
Fax: 602-606-9360

<br>

4/10/2012

Ted Weis  <span style="float:right">Invoice No. 6889</span>
27905 N. 114th Way
Scottsdale, AZ  85262-0000

---

Client Number:    812  Ted Weis

Matter Number:    787  Weis, Ted and Cherie CH 13

**For Services Rendered Through 3/31/2012.**

---

**Fees**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/4/2012 | JBF | Review Notice of Final Cure; review file; review correspondence; email to T. and C. Weis regarding no mortgage payment since July 2010 | 0.20 |
|  |  | **Billable Hours:** | **0.20** |

**Timekeeper Summary**

Timekeeper JBF worked 0.20 hours at $325.00 per hour, totaling $65.00.

---

|  |  |
|---:|---:|
| **Prior Balance:** | $666.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $65.00 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$731.00** |

Thank you for letting us be of service to you. - DO NOT PAY!
This invoice will be paid by the Chapter 13 Trustee.
If you have any questions regarding this invoice,
please call Holly Einspahr at 602-606-9300.

**The Frutkin Law Firm, PLC**
101 N. First Avenue
Suite 2410
Phoenix, AZ  85003
Telephone: 602-606-9300
Fax: 602-606-9360

5/4/2012
Invoice No. 7152

Ted Weis
27905 N. 114th Way
Scottsdale, AZ  85262-0000

---

Client Number:   812  Ted Weis
Matter Number:   787  Weis, Ted and Cherie CH 13
**For Services Rendered Through 4/30/2012.**

---

### Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 4/16/2012 | HV | Attention to T. Weis message regarding delinquency in mortgage payments; forward same to J. Frutkin, Esq. for follow up. | 0.20 |
| 4/17/2012 | HV | Return T. Weis call, leave message for call back to discuss Bank of America payments. | 0.20 |
| 4/18/2012 | JBF | Email corespondence with H. Vicente regarding late payments; review Notice of Cure certificate from lender; advise regarding same | 0.30 |
| 4/18/2012 | HV | Telephone with T. Weis regarding mortgage payments; clients intend to keep home but are behind on payments, need to know balance on both accounts and payment history, etc. Conference with J. Frutkin, Esq. regarding same.  Telephone with Francis with Bank of America, request copy of Proof of Claim for both accounts; advise clients of same via email and provide copy of Notice received from Tiffany & Bosco with account balances. | 0.60 |

**Billable Hours:   1.30**

### Timekeeper Summary

Timekeeper HV worked 1.00 hours at $145.00 per hour, totaling $145.00.
Timekeeper JBF worked 0.30 hours at $375.00 per hour, totaling $112.50.

---

**Continued On Next Page**

| | | |
|---|---|---|
| **Client Number:** | 812 | 5/4/2012 |
| **Matter Number:** | 787 | Page: 2 |

|  |  |
|---|---|
| **Prior Balance:** | $731.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $257.50 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$988.50** |

Thank you for letting us be of service to you. - DO NOT PAY!
This invoice will be paid by the Chapter 13 Trustee.
If you have any questions regarding this invoice,
please call Holly Einspahr at 602-606-9300.

**The Frutkin Law Firm, PLC**

101 N. First Avenue
Suite 2410
Phoenix, AZ  85003
Telephone: 602-606-9300
Fax: 602-606-9360

6/8/2012
Invoice No. 7436

Ted Weis
27905 N. 114th Way
Scottsdale, AZ  85262-0000

---

Client Number:   812  Ted Weis
Matter Number:   787  Weis, Ted and Cherie CH 13
**For Services Rendered Through 5/31/2012.**

---

**Fees**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 5/10/2012 | HV | Telephone with Angel with Bank of America requesting status of mortgage payment history requested April 18, 2012; request was sent to bankruptcy technician and will again be requested expedited.  Telephone with Julie with Tiffany and Bosco requesting same. | 0.40 |
| 5/10/2012 | HV | Attention to fax received from Bank of America regarding request of payment history of home equity line of credit; save to client file; awaiting 1st mortgage loan payment history to forward to client. | 0.20 |
| 5/10/2012 | HV | Attention to fax received from Bank of America regarding request of payment history of mortgage loan; save to client file; forward payment history for both mortgage loans to client for review. | 0.20 |
| 5/16/2012 | HV | Attention to fax received from Tiffany & Bosco regarding Bank of America account #9861 payment history; save to client file. | 0.20 |

**Billable Hours:**   **1.00**

**Timekeeper Summary**

Timekeeper HV worked 1.00 hours at $145.00 per hour, totaling $145.00.

---

**Continued On Next Page**

| | | |
|---|---|---|
| **Client Number:** | 812 | 6/8/2012 |
| **Matter Number:** | 787 | Page: 2 |

|  |  |
|---:|---:|
| **Prior Balance:** | $988.50 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $145.00 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$1,133.50** |

Thank you for letting us be of service to you. - DO NOT PAY!
This invoice will be paid by the Chapter 13 Trustee.
If you have any questions regarding this invoice,
please call Holly Einspahr at 602-606-9300.